# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIFFNEY BECKLOFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHALLENGE ISLAND GLOBAL, LLC, a Georgia limited liability company; SHARON DUKE ESTROFF, an individual; ROBIN BERGERON, an individual; and DOES 1 through 10,<br><br>Defendant. | CASE NO. 2:19-cv-01021-RGK (KSx)<br><br>Assigned to The Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>(*Filed concurrently with Stipulation*) |

4826-3234-8553.1

Pursuant to the Stipulation by the parties, the Court hereby dismisses the Complaint of Plaintiff Tiffney Beckloff, including all causes of action therein, against all Defendants, with prejudice.

All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 28, 2019

*/s/ Gary Klausner*
_____
Honorable R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE